**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **TEX PAT, LLC,** § | | |
| *Relator*, § | | |
| § | | |
| v. § | | |
| § | **Civil Action No. 5:11-cv-00011** | |
| **INTEGRA LIFESCIENCES HOLDINGS** § | **JURY TRIAL DEMANDED** | |
| **CORPORATION, et al.,** § | | |
| *Defendants*. § | | |
| § | | |

## ORDER OF DISMISSAL

Relator Tex Pat, LLC ("Relator") and defendants Integra LifeSciences Holdings Corporation, Integra LifeSciences Corporation, and Minnesota Scientific, Inc. (collectively, "Defendants"), have settled all of the claims asserted in this case, and that could have been asserted in this case, and request that this case be dismissed with prejudice to the re-filing of the same. The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

It is so ORDERED.

SIGNED this 24th day of March, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE